IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COZEN O'CONNOR

v.

No. 2:17-cv-01490-JD

THE OFFICE OF FOREIGN ASSETS CONTROL

**O R D E R**

**AND NOW**, this 29th day of November, 2017, upon consideration of defendant's Motion for Summary Judgment (Doc. No. 10), defendant's statement of Material Facts in Support of Its Motion for Summary Judgment (Doc. No. 11), plaintiff's Cross Motion for Summary Judgment (Doc. No. 13), and defendant's Response in Support of Its Motion for Summary Judgment (Doc. No. 16), for the reasons stated in the accompanying Memorandum dated November 29, 2017, **IT IS ORDERED** that plaintiff's Cross-Motion for Summary Judgment is **GRANTED** and defendant's Motion for Summary Judgment is **DENIED**. Defendant shall conduct additional searches in accordance with the attached Memorandum.

With respect to the additional searches, **IT IS FURTHER ORDERED** that the parties shall meet and confer regarding the scope of defendant's searches and defendant's selected search terms within ten (10) days. In the event all issues related to the scope of defendant's searches and defendant's selected search terms are not resolved by the parties within ten (10) days, the parties may seek a supplemental order from this Court. Within thirty (30) days of the resolution of all issues related to the scope of defendant's searches and defendant's selected

search terms either by agreement or supplemental order of the Court, defendant shall search for, and produce any, responsive documents.

> BY THE COURT:
>
> /s/ Hon. Jan E. DuBois
> _____
>    DuBOIS, JAN E., J.